# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| HILLSMAN MODULAR MOLDING, INC. )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>NORTH AMERICAN LIGHTING, INC., )<br>)<br>**Defendant.** )<br>_____ ) | Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, North American Lighting, Inc. ("North American"), removes Case No. CC3264 filed with the Circuit Court for White County, Tennessee to the United States District Court for the Middle District of Tennessee, Northeastern Division. In support of this Notice of Removal, North American states the following:

## BACKGROUND

1. On or about August 4, 2023, Plaintiff, Hillsman Modular Molding, Inc., filed this civil action against North American in the Circuit Court for White County, which is styled as *Hillsman Modular Molding, Inc. versus North American Lighting, Inc.*, Case No. CC3264 (the "State Court Action").

2. In the State Court Action, Plaintiff seeks monetary recovery, including punitive damages, from North American arising out of the parties' contractual relationship.

## COMPLIANCE WITH REMOVAL STATUTE

3. This Notice is properly filed in the United States District Court for the Middle District of Tennessee, pursuant to 28 U.S.C. § 1446(a), because the Circuit Court for White

1

836016.3/020200886
Case 2:23-cv-00054    Document 1    Filed 09/05/23    Page 1 of 4 PageID #: 1

County, Tennessee is located in this federal judicial district and division. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

4. North American is the only defendant in this matter, and Plaintiff obtained service on North American through its registered agent on August 14, 2023. Accordingly, this Notice has been filed within thirty (30) days of North American's receipt of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

5. North American will provide written notice of the filing of this Notice to Plaintiff, and will file a copy of this Notice in the Circuit Court of White County, Tennessee, as required by 28 U.S.C. § 1446(d).

6. In accordance with 28 U.S.C. § 1446(a), North American attaches a true and correct copy of all process, pleadings, and orders filed in the State Court Action as **Exhibit A**.

7. North American will file their Federal Rule of Civil Procedure 7.1 and Local Rule 7.02 Business Entity Disclosure Statement contemporaneously with this Notice.

## DIVERSITY JURISDICTION EXISTS

8. This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1332 and 1441 as the Plaintiff and North American are completely diverse and the amount in controversy, exclusive of interest or costs, exceeds $75,000.00.

9. The parties are citizens of different states. Plaintiff has its principal place of business in Florida, while North American has its principal place of business in Michigan. (*See* Ex. A, Compl. at ¶¶ 1-2). Thus, complete diversity exists between Plaintiff and North American.

10. North American has a good faith belief that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a). Although Plaintiff's Complaint omits the monetary amount it seeks through this litigation, there is reason to

believe the amount in controversy exceeds $75,000.00. Through the parties' contracts, each of which is at issue in this dispute, North American purchased nearly $1,800,000.00 in parts from Plaintiff in 2022. In addition, paragraph thirty-four (34) of Plaintiff's Intentional Misrepresentation/Fraud/Fraudulent Concealment section/claim alleges Plaintiff has "suffered substantial damages." (Compl., ¶ 34). Accordingly, the only reasonable conclusion is that the amount in controversy exceeds $75,000.00.

11. Because there is complete diversity between Plaintiff and North American, and the amount in controversy exceeds $75,000.00, this action is properly removed under 28 U.S.C. §§ 1332 and 1441.

12. Pursuant to Federal Rule of Civil Procedure 81(c), North American will answer, move, or otherwise plead in response to the Complaint on or before September 8, 2023.

WHEREFORE, North American respectfully requests that this Court:

A. Accept removal of White County Circuit Court Case No. CC3264; and

B. Award any additional relief or enter any orders it deems just and equitable under these circumstances.

Respectfully submitted,

*/s/ Christopher W. Cardwell*
Christopher W. Cardwell, #19751
William C. Scales, Jr., #36457
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
ccardwell@gsrm.com
wscales@gsrm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing **Notice of Removal** has been served via e-mail upon:

D. Michael Kress II
8 East Bockman Way
Sparta, TN 38583
mike@dmkresslaw.com

*Attorney for Plaintiff*

this 5th day of September, 2023.

*/s/ Christopher W. Cardwell*